UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KYLE JIGGETTS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 08-CV-4371-(JSR/RES) |
| **ALLIED BARTON SECURITY** ) | |
| **SERVICES, NEW YORK CITY** ) | |
| **DEPARTMENT OF** ) | |
| **TRANSPORTATION** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **DEFENDANT ALLIEDBARTON SECURITY SERVICES LLC'S DEFENDANT ALLIEDBARTON SECURITY SERVICES LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT ,** by delivering to United States mail addressed as follows:

> Kyle Jiggetts
> *Pro Se*
> 1595 Unionport Road
> Apt. #9D
> Bronx, NY 10462

This 20th day of August, 2008.

> s/ Steven R. Kramer
> Steven R. Kramer, Esq. [SRK 2097]

{V0010482.2}