UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KYLE JIGGETTS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALLIED BARTON SECURITY** )<br>**SERVICES, NEW YORK CITY** )<br>**DEPARTMENT OF** )<br>**TRANSPORTATION** )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>08-CV-4371-(JSR/RES) |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing **DEFENDANT ALLIEDBARTON SECURITY SERVICES LLC'S DEFENDANT ALLIEDBARTON SECURITY SERVICES LLC'S MOTION FOR A MORE DEFINITE STATEMENT,** by delivering to United States mail addressed as follows:

Kyle Jiggetts
*Pro Se*
1595 Unionport Road
Apt. #9D
Bronx, NY 10462

This 20th day of August, 2008.

s/ Steven R. Kramer
Steven R. Kramer, Esq. [SRK 2097]

{V0010482.2}