UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7 - 7 - 09

KYLE JIGGETTS,

                     Plaintiff,

         - against -

ALLIED BARTON SECURITY SERVICES, et al.,

                  Defendants.

:
:
:
:
:
:
:
:
:
:

**MEMORANDUM
OPINION AND ORDER**

**08 Civ. 4371 (JSR) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

On or about June 22, 2009, *pro se* Plaintiff Jiggetts filed a motion to compel discovery and interrogatory responses of Defendant AlliedBarton Security Services, LLC ("AlliedBarton"). (Doc. No. 45.) For the reasons that follow, that motion is **DENIED.**

In Jiggetts's motion, hand-dated June 19, 2009, he seeks responses to interrogatories and production of certain discovery. In response to Jiggetts's motion, AlliedBarton wrote to the Court and acknowledged that on or about May 19, 2009, Jiggetts served AlliedBarton with discovery requests. (AlliedBarton's Letter to the Court, June 24, 2009 at 1.) It additionally noted that on June 22, 2009, it served its responses upon Jiggetts. (*Id.*)

Jiggetts's motion is **DENIED** because it is 1) premature, as it appears that he filed it before AlliedBarton's response was due, and 2) defective for failure to comply with Local Rule 37.2 (requiring the Parties first seek an informal conference with the Court before filing a motion).

**SO ORDERED this 2nd day of July 2009
New York, New York**

                                                               **The Honorable Ronald L. Ellis
                                                          United States Magistrate Judge**